**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**DORA PASKEL**                                                                              **PLAINTIFF**

**v.**                                                             **CAUSE NO. 3:13-CV-899-CWR-FKB**

**CAROLYN COLVIN, ACTING**                                    **DEFENDANT**
**COMMISSIONER OF SOCIAL SECURITY**

**ORDER**

Before the Court is Plaintiff Dora Paskel's motion for attorney's fees pursuant to 28 U.S.C. § 2412(d), Docket No. 21. Defendant Carolyn Colvin has not opposed Plaintiff's motion. The Court, having reviewed Plaintiff's motion, the pleadings and other papers on file in this action, hereby finds that as the prevailing party, Plaintiff's motion should be GRANTED. It is, therefore,

**ORDERED** that Plaintiff is awarded her attorney's fees, and the Commissioner shall pay the Plaintiff a total of $5,486.80 for the benefit of her attorney (the law office of Gary R. Parvin).

**SO ORDERED** this 4th day of December, 2014.

                                                                       s/ Carlton W. Reeves
                                                                       UNITED STATES DISTRICT JUDGE